1  Brett N. Taylor, State Bar No. 274400
   Email: btaylor@cozen.com
2  COZEN O'CONNOR
   601 S. Figueroa Street, Suite 3700
3  Los Angeles, CA 90017
   213.892.7900 (phone)
4  213.892.7999 (facsimile)

5  Amy B. Alderfer, State Bar No. 205482
   Email: aalderfer@cozen.com
6  COZEN O'CONNOR
   1299 Ocean Avenue, # 900
7  Santa Monica, CA 90401
   213.892.7900 (phone)
8  213.892.7999 (facsimile)

9  David B. Sunshine
   (NY Bar No. DS 0973 to apply *pro hac vice*)
10 Email: dsunshine@cozen.com
   COZEN O'CONNOR
11 277 Park Avenue
   New York, New York 10172
12 (212) 883-4900 (phone)
   (212) 986-0604 (facsimile)
13
   Jay Spiegel
14 Va. Bar No. 20647 (to apply *pro hac vice*
   Email: jayspiegel@aol.com
15 H. JAY SPIEGEL & ASSOCIATES
   P.O. Box 11
16 Mount Vernon, VA 22121
   (703) 619-0101 (phone)
17 (703) 619-0110 (facsimile)

18 Attorneys for Plaintiff GLO SCIENCE, INC.

19                 UNITED STATES DISTRICT COURT

20                SOUTHERN DISTRICT OF CALIFORNIA

21 GLO SCIENCE, INC., a Delaware          Case No.: **'18CV0217 AJB JMA**
   Corporation,
22                                         **PLAINTIFF GLO SCIENCE, INC.'S**
                  Plaintiff,               **COMPLAINT; DEMAND FOR**
23                                         **JURY TRIAL**
           vs.
24
   ANGELO DE SIMONE;
25 TRUECOMPANY LIMITED a
   Corporation of the United Kingdom; and
26 MILLION DOLLAR SMILE, L.L.C. a
   corporation of Nevada,
27
                  Defendants.
28

                                    1

GLO SCIENCE, INC. (hereinafter, "Plaintiff" or "GLO SCIENCE") files this Complaint against Defendants ANGELO DE SIMONE (hereinafter, "DE SIMONE"), TRUECOMPANY LIMITED (hereinafter, "TRUECOMPANY"), and MILLION DOLLAR SMILE, L.L.C. (hereinafter, "MILLION DOLLAR") (collectively referred to hereinafter as "Defendants") and alleges as follows:

**THE PARTIES**

1.     GLO SCIENCE is a corporation duly incorporated in the State of Delaware having a place of business at 10 West 37th Street, Suite 1001, New York, New York 10018.  GLO SCIENCE is doing business in this District.

2.     GLO SCIENCE is the exclusive licensee of JBL RADICAL INNOVATIONS, LLC, ("JBL") a Delaware limited liability company having a place of business at 923 Fifth Avenue, New York, NY 10021 for inventions covered by U.S. Patents at issue in this civil action as described in greater detail hereinafter.

3.     Upon information and belief, DE SIMONE is an individual whose address is 2002 Marquette Road, Chula Vista, California 91913.  Upon information and belief, DE SIMONE is the sole owner of and alter ego of TRUECOMPANY and MILLION DOLLAR and makes all business decisions of TRUECOMPANY and MILLION DOLLAR.

4.     Upon information and belief, TRUECOMPANY is a corporation incorporated in the United Kingdom whose business address is 881 Kuhn Drive, Suite 205, Chula Vista, California 91914.

5.     Upon information and belief, MILLION DOLLAR is a corporation incorporated in Nevada whose business address is 881 Kuhn Drive, Suite 205, Chula Vista, California 91914.

6.     Defendants make, use, offer to sell and/or sell mouthpieces which infringe certain patents owned by JBL and which JBL exclusively licenses to GLO SCIENCE as will be described in greater detail hereinafter.

7.     Upon information and belief, TRUECOMPANY was incorporated in the United Kingdom on September 14, 2016.  Upon information and belief, DE SIMONE is the sole Director and shareholder of TRUECOMPANY and thus controls all the business decisions of TRUECOMPANY.  Attached as Exhibit 1 is a copy of the Certificate of Incorporation of a Private Limited Company issued by the Registrar of Companies for England and Wales dated September 1, 2016, Attached as Exhibit 2 is a copy of the Affidavit of Angelo De Simone which was taken from Defendants' motion to dismiss.

8.     Upon information and belief, MILLION DOLLAR was incorporated in Nevada on September 14, 2011.  See Exhibit 3.

## NATURE OF THE ACTION

9.     This is an Action for patent infringement arising under the patent laws of the United States including 35 U.S.C. §§ 271, 281, 283, 284, 285 and 289.

## JURISDICTION AND VENUE

10.     This is an Action for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code, 35 U.S.C. § 271 *et seq.*

11.     This Court has jurisdiction over the subject matter of this Action under 28 U.S.C. §§ 1331 and 1338(a).

12.     Venue properly lies in this District under 28 U.S.C. 1400(b) because (1) DE SIMONE resides in this District, and (2) TRUECOMPANY and MILLION DOLLAR have both committed acts of infringement in this District and both have a regular and established place of business in this District.  Venue is also proper over TRUECOMPANY under 28 U.S.C. § 1391(c)(3).

## FACTUAL BACKGROUND

13.     JBL is the owner of U.S. Patent No. D636,074 (the '074 patent), issued April 12, 2011 from application Serial No. 29/363,728, filed June 14, 2010.  See Exhibit 4.  The '074 patent remains in full force and effect.

14.     GLO SCIENCE is the exclusive licensee of the '074 patent.

3

15.   The '074 patent covers the ornamental appearance of a mouthpiece.

16.   JBL is the owner of U.S. Patent No. D765,255 (the '255 patent), issued on August 30, 2016 from application Serial No. 29/492,179, filed on May 29, 2014. See Exhibit 5.  The '255 patent remains in full force and effect.

17.   GLO SCIENCE is the exclusive licensee of the '255 patent.

18.   The '255 patent covers the ornamental appearance of a mouthpiece.

19.   Upon information and belief, Defendants have been and are actively selling and marketing tooth whitening systems from a website accessed at www.true-company.com.  See Exhibit 6.  Among the products sold, marketed and offered for sale on that website are tooth whitening mouthpieces virtually identical in appearance to the mouthpieces claimed in the '074 and '255 patents (hereinafter, the "Infringing Products").  See Exhibit 7.

20.   Upon information and belief, Defendants sell, market and offer for sale the Infringing Products using the fictitious business name "MILLION DOLLAR SMILE" and the trademark "truewhite."  See Exhibit 8 (an image of packaging for the goods).

21.   Defendants have infringed and continue to infringe the '074 patent and '255 patent by making, using, offering to sell, and selling the Infringing Products as shown in Exhibit 7, throughout the United States including in this judicial District.

22.   Plaintiff actively manufactures, markets and distributes tooth whitening mouthpieces covered by JBL's patents.  See Exhibit 9.  Given the virtually identical appearance between Plaintiff's mouthpiece and the Infringing Products, upon information and belief, Defendants' infringement is deliberate, willful, wanton, and intentional.

23.   Defendants have caused and will continue to cause Plaintiff substantial damages and injury including Plaintiff's loss of unique product positioning and lost profits due to lost sales of its systems including the patented mouthpieces by virtue of Defendants' past and continuing infringement of the '074 and '255 patents.

4

24.     Plaintiff will suffer further damage and injury unless and until Defendants are enjoined by this Court from continuing such infringement.  The damage caused by Defendants are irreparable and cannot be adequately compensated for solely in monetary damages.

## COUNT I

**(Infringement of the '074 Patent by Defendants)**

25.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1-24.

26.     Defendants have been and are now infringing the '074 patent by making, using, selling, offering for sale, and/or importing into the United States, including in this District, the Infringing Products.

27.     On information and belief, and after a reasonable opportunity for further investigation or discovery, it is likely the evidence will show that Defendants' acts of infringement have been made with full knowledge of the '074 patent particularly since it issued over five years ago.  Such acts constitute willful and deliberate infringement, entitling Plaintiff to enhanced damages and attorneys' fees.

28.     As a consequence of Defendants' infringement, Plaintiff has been irreparably damaged, to an extent not yet determined, and will continue to be irreparably damaged by such acts in the future unless Defendants are enjoined by this Court from committing further acts of infringement.

29.     Plaintiff is entitled to recover damages adequate to compensate for Defendants' infringement, which in no event can be less than a reasonable royalty, as well as for lost profits.

## COUNT II

**(Infringement of the '255 Patent by Defendants)**

30.     Plaintiff repeats and realleges the allegations set forth in paragraphs 1-29.

31.     Defendants have been and are now infringing the '255 patent by making, using, selling, offering for sale, and/or importing into the United States, including in this District, the Infringing Products.

5

32.     On information and belief, and after a reasonable opportunity for further investigation or discovery, it is likely the evidence will show that Defendants' acts of infringement have been made with full knowledge of the '255 patent particularly since the mouthpiece covered by the '255 patent has been actively and extensively marketed by GLO SCIENCE as exclusive licensee of JBL.  Such acts constitute willful and deliberate infringement, entitling Plaintiff to enhanced damages and attorneys' fees.

33.     As a consequence of Defendants' infringement, Plaintiff has been irreparably damaged, to an extent not yet determined, and will continue to be irreparably damaged by such acts in the future unless Defendants are enjoined by this Court from committing further acts of infringement.

34.     Plaintiff is entitled to recover damages adequate to compensate for Defendants' infringement, which in no event can be less than a reasonable royalty, as well as for lost profits.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for the following relief:

(A)     That this Court enter Judgment that the '074 patent has been infringed by Defendants (35 USC § 271(a)) and that such infringement has been willful.

(B)     That this Court enter Judgment that the '255 patent has been infringed by Defendants (35 USC § 271(a)) and that such infringement has been willful.

(C)     That this Court issue an injunction, permanently enjoining Defendants and their officers, agents, subsidiaries, successors, employees, representatives, and assigns from further patent infringement (35 USC § 283).

(D)     That this Court award damages to Plaintiff adequate to compensate Plaintiff for all acts of infringement by Defendants (35 USC § 284) including for lost profits (35 USC § 289).

(E)     That this Court award damages in the amount of Defendants' total profits realized for the Infringing Products (35 U.S.C. § 289).

(F)     That the damages awarded be increased up to three times as provided for in 35 U.S.C. § 284 concerning patent infringement.

(G)     That Plaintiff be awarded their attorneys' fees under 35 U.S.C. § 285.

(H)     That Plaintiff be granted pre-judgment interest pursuant to 35 U.S.C. § 284 and post-judgment interest pursuant to 28 U.S.C. § 1961 continuing thereafter until such judgment is paid, on the damages caused by reason of the acts of Defendants as set forth above.

(I)     That Plaintiff be granted an award of increased damages in an amount not less than three times the amount of damages found by the jury or assessed by this Court, for Defendants' willful and wanton acts of infringement, pursuant to 35 U.S.C. § 284.

(J)     That Plaintiff be awarded their costs and expenses in this action pursuant to 35 U.S.C. § 284.

(K)     That the Court order Defendants to deliver to Plaintiff all infringing mouthpieces and their packaging as well as all mouthpiece and packaging molds, templates and proofs for destruction.

(L)     That the Court order Defendants to identify the manufacturer of its infringing mouthpieces including their location and the location of any molds or other tooling employed in manufacturing the mouthpieces and creating their packaging.

(M)     That this Court grant Plaintiff such other and further relief as it may deem just and proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

Dated: January 30, 2018                    COZEN O'CONNOR


By: /s/ Brett Taylor
Amy B. Alderfer
Brett N. Taylor
Attorneys for GLO SCIENCE, INC.

7

PLAINTIFF GLO SCIENCE, INC.'S COMPLAINT

**Exhibits**

| Exhibit No. | Page No. | Description |
|---|---|---|
| 1 | 1 | Certificate of Incorporation of a Private Limited Company |
| 2 | 11 | Affidavit of Angelo DeSimone in Opposition to the Order to Show Cause dated December 4, 2017 |
| 3 | 15 | Application to Register a Foreign Limited Liability Company (LLC) for Million Dollar Smile L.L.C. filed November 13, 2017 (CA) and Certificate of Existence with Status of Good Standing (NV) |
| 4 | 18 | U.S. Design Patent No. US D636,074 S dated April 12, 2011 |
| 5 | 24 | U.S. Design Patent No. US D765,255 S dated August 30, 2016 |
| 6 | 28 | Product Listing: Advanced Plus 3 – True Company from https://www.true-company.com/products/truewhite-advanced-plus-3 dated 3/28/2017 |
| 7 | 31 | Photos |
| 8 | 35 | Photos Truewhite Whitening System, Advanced Plus 3 |
| 9 | 37 | Photos |

Dated: January 30, 2018                COZEN O'CONNOR


By: /s/ Brett Taylor
Amy B. Alderfer
Brett N. Taylor
Attorneys for GLO SCIENCE, INC.

8

# EXHIBIT 1

Exhibit 1
Page 1

**FILE COPY**



# CERTIFICATE OF INCORPORATION
# OF A
# PRIVATE LIMITED COMPANY

Company Number **10354207**

The Registrar of Companies for England and Wales, hereby certifies that

**TRUECOMPANY LIMITED**

is this day incorporated under the Companies Act 2006 as a private company, that the company is limited by shares, and the situation of its registered office is in England and Wales

Given at Companies House, Cardiff, on **1st September 2016**



* N103542079 *



Companies House



THE OFFICIAL SEAL OF THE
REGISTRAR OF COMPANIES

**Exhibit 1**
**Page 2**

The above information was communicated by electronic means and authenticated by the Registrar of Companies under section 1115 of the Companies Act 2006



Companies House

# IN01 (ef)

| Application to register a company |
| --- |



*Received for filing in Electronic Format on the:* **31/08/2016**          *X5EKBBOG*

---

*Company Name in full:*   **TRUECOMPANY LIMITED**

*Company Type:*   **Private company limited by shares**

*Situation of Registered Office:*   **England and Wales**

*Proposed Registered Office Address:*   **71-75 SHELTON STREET**
**COVENT GARDEN**
**LONDON**
**ENGLAND WC2H 9JQ**

*Sic Codes:*   **17220**

---

**Electronically filed document for Company Number:**          **10354207**

**Exhibit 1**
**Page 3**

## *Proposed Officers*

*Company Director*      *1*

| | |
|---|---|
| *Type:* | **Person** |
| *Full Forename(s):* | **MR ANGELO** |
| *Surname:* | **DE SIMONE** |
| *Service Address:* | **881 KUHN DRIVE**<br>**SUITE 205**<br>**CHULA VISTA**<br>**CA**<br>**USA 91914** |
| *Country/State Usually*<br>*Resident:* | **UNITED STATES** |

| *Date of Birth:* | **\*\*/04/1989** | *Nationality:* | **AMERICAN** |
|---|---|---|---|
| *Occupation:* | **COMPANY**<br>**DIRECTOR** | | |

*The subscribers confirm that the person named has consented to act as a director.*

## Statement of Capital (Share Capital)

| | | | |
|---|---|---|---|
| *Class of Shares:* | **ORDINARY** | *Number allotted* | **1** |
| *Currency:* | **GBP** | *Aggregate nominal value:* | **1** |
| *Prescribed particulars* | | | |

**FULL RIGHTS TO RECEIVE NOTICE OF, ATTEND AND VOTE AT GENERAL MEETINGS.
ONE SHARE CARRIES ONE VOTE, AND FULL RIGHTS TO DIVIDENDS AND CAPITAL
DISTRIBUTIONS (INCLUDING UPON WINDING UP).**

### Statement of Capital (Totals)

| | | | |
|---|---|---|---|
| *Currency:* | **GBP** | *Total number of shares:* | **1** |
| | | *Total aggregate nominal value:* | **1** |
| | | *Total aggregate unpaid:* | **1** |

## *Initial Shareholdings*

| | | | |
|---|---|---|---|
| *Name:* | **ANGELO DE SIMONE** | | |
| *Address* | **881 KUHN DRIVE** | | |
| | **SUITE 205** | | |
| | **CHULA VISTA** | *Class of Shares:* | **ORDINARY** |
| | **CA** | *Number of shares:* | **1** |
| | **USA** | *Currency:* | **GBP** |
| | **91914** | *Nominal value of each share:* | **1** |
| | | *Amount unpaid:* | **1** |
| | | *Amount paid:* | **0** |

## *Persons with Significant Control (PSC)*

**Statement of initial significant control**

On incorporation, there will be someone who will count as a Person with Significant Control (either a registerable person or relevant legal entity (RLE)) in relation to the company

## *Individual Person with Significant Control details*

---

*Names:*                          **ANGELO DE SIMONE**

*Country/State Usually*           **UNITED STATES**
*Resident:*

*Date of Birth:*   **\*\*/04/1989**                  *Nationality:*   **AMERICAN**

*Service Address:*                **881 KUHN DRIVE**
                                  **CHULA VISTA**
                                  **USA**
                                  **91914**

*The subscribers confirm that each person named as an individual PSC in this application knows that their
particulars are being supplied as part of this application.*

---

**Electronically filed document for Company Number:**          **10354207**

**Exhibit 1**
**Page 8**

| | |
|---|---|
| *Nature of control* | **The person holds, directly or indirectly, 75% or more of the shares in the company.** |
| *Nature of control* | **The person holds, directly or indirectly, 75% or more of the voting rights in the company.** |
| *Nature of control* | **The person has the right, directly or indirectly, to appoint or remove a majority of the board of directors of the company.** |

## *Statement of Compliance*

*I confirm the requirements of the Companies Act 2006 as to registration have been complied with.*

*Name:*              **ANGELO DE SIMONE**
*Authenticated*      **YES**

## **Authorisation**

*Authoriser Designation:*   **subscriber**                    *Authenticated*   **YES**

---

**Electronically filed document for Company Number:**        **10354207**

**Exhibit 1**
**Page 10**

# EXHIBIT 2

Exhibit 2
Page 11

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| GLO SCIENCE, INC.<br>a Delaware Corporation<br>10 W 37th Street, Suite 1001<br>New York, NY 10018 | )<br>)<br>)<br>) | |
| | | ) |
| Plaintiff, | ) | |
| | | ) |
| v. | ) | Civil Action No. 1:17-cv-02625-VEC |
| | | ) |
| ANGELO DESIMONE<br>D/B/A MILLION DOLLAR SMILE<br>881 Kuhn Drive, Suite 205<br>Chula Vista, CA 91914 | )<br>)<br>)<br>) | |
| | | ) |
| TRUECOMPANY LIMITED<br>a Corporation of the United Kingdom        )<br>881 Kuhn Drive, Suite 205<br>Chula Vista, CA 91914 | )<br><br>)<br>) | |
| | | ) |
| Defendants. | ) | |

AFFIDAVIT OF ANGELO DESIMONE
IN OPPOSITION TO THE ORDER TO SHOW CAUSE

The undersigned, Angelo DeSimone, declares the following:

1.      I am one of the Defendants listed in the above-captioned lawsuit.

2.      I live at 2002 Marquette Road, Chula Vista, California, 91913.

3.      The Plaintiff's Complaint makes a number of factual allegations and assertions. I

will clarify the record to the extent necessary to oppose the Order to Show Cause for lack of personal jurisdiction.

A.      LACK OF PERSONAL CONTACT WITH THE STATE OF NEW YORK

4.      I operate my business entirely within the State of California.

5.      I have never been to the State of New York to sell products that are available on my

website.

6.      I have never been to the State of New York to conduct business of any kind.

7.      I have never been to the State of New York to attend industry trade shows.

8.      I have never been to the State of New York to meet with potential customers or

suppliers.

B.      MILLION DOLLAR SMILE, L.L.C

9.      The caption of the Complaint states "D/B/A MILLION DOLLAR SMILE", which is an

allegation that I do business as "MILLION DOLLAR SMILE."

10.     I own and operate a business entitled MILLION DOLLAR SMILE, L.L.C.

Exhibit 2
Page 12

11.     MILLION DOLLAR SMILE, L.L.C. is registered in Nevada as a Foreign Limited Liability Corporation.

12.     A copy of the current business registration for MILLION DOLLAR SMILE, L.L.C. is included as EXHIBIT 1 to this AFFIDAVIT.

13.     MILLION DOLLAR SMILE, L.L.C. was formed on September 14, 2011 in Nevada. EXHIBIT 1, Box 2a.

14.     The Street Address of the Principal Executive Office for MILLION DOLLAR SMILE, L.L.C. is 881 Kuhn Drive, Chula Vista, CA, 91914. EXHIBIT 1, Box 3a.

15.     The Street Address of the Principal Office in California for MILLION DOLLAR SMILE, L.L.C. is 881 Kuhn Drive, Chula Vista, CA, 91914. EXHIBIT 1, Box 3b.

16.     The registered address for Service of Process for MILLION DOLLAR SMILE, L.L.C. is 2002 Marquette Road, Chula Vista, California, 91913. EXHIBIT 1, Box 4b.

17.     All the places of business for MILLION DOLLAR SMILE, L.L.C. are listed on its corporate registration in Nevada provided in EXHIBIT 1.

18.     MILLION DOLLAR SMILE, L.L.C. operates only in California.

19.     MILLION DOLLAR SMILE, L.L.C. has no place of business in the State of New York.

20.     MILLION DOLLAR SMILE, L.L.C. does not reside in the State of New York.

21.     No representative of MILLION DOLLAR SMILE, L.L.C. has ever gone to the State of New York to conduct any business on behalf of MILLION DOLLAR SMILE, L.L.C.


C.     **TRUECOMPANY LIMITED**

22.     TRUECOMPANY LIMITED is incorporated in the United Kingdom by the Registrar of Companies for England and Wales.

23.     A copy of TRUECOMPANY LIMITED's Certificate of Incorporation is included as EXHIBIT 2 to this AFFIDAVIT.

24.     TRUECOMPANY LIMITED was formed on September 1, 2016 in the United Kingdom. EXHIBIT 2, at 1.

25.     The Proposed Registered Office Address for TRUECOMPANY LIMITED is 71-75 Shelton Street, Covent Garden, London, England, WC2H 9JQ. EXHIBIT 2, at 2.

26.     TRUECOMPANY LIMITED's Company Director is Angelo DeSimone and the listed Service Address is 881 Kuhn Drive, Suite 205, Chula Vista, CA, USA 91914. EXHIBIT 2, at 3.

27.     TRUECOMPANY LIMITED's Initial Shareholdings belonged Angelo DeSimone with an address of 881 Kuhn Drive, Suite 205, Chula Vista, CA, USA 91914. EXHIBIT 2, at 5.

28.     TRUECOMPANY LIMITED's registered Individual Person with Significant Control is Angelo DeSimone with an address of 881 Kuhn Drive, Suite 205, Chula Vista, CA, USA 91914. EXHIBIT 2, at 7.

Exhibit 2
Page 13

29.     The Certificate of Incorporation for TRUECOMPANY LIMITED provides no other business addresses except for those listed in ¶¶ 26-29 above. EXHIBIT 2

30.     TRUECOMPANY LIMITED has no place of business in New York State.

31.     TRUECOMPANY LIMITED does not reside in the State of New York.

32.     No representative of TRUECOMPANY LIMITED has ever gone to the State of New York to conduct any business on behalf of TRUECOMPANY LIMITED.

**D.      THE TRUE COMPANY WEBSITE**

33.     My businesses sell a variety of beauty, cosmetic, hygienic, and dental supply products via a website accessed at www.true-company.com (hereinafter, "True Company Website").

34.     Orders for the True Company Website are fulfilled out of our business location in San Diego, California.

35.     The customer service personnel associated with the True Company Website operate out of our business location in San Diego, California.

36.     Business for the True Company Website operates entirely within the State of California.

37.     The True Company Website has no residence in the State of New York.

38.     No representative of the True Company Website has ever gone to the State of New York to conduct any business on behalf of True Company Website.

39.     I declare that the foregoing is true.

_____     12-4-17
Angelo Desimone                      date

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of __San Diego__

Subscribed and sworn to (or affirmed) before me on this ___4___ day
of __Dec.__, 20_17_, by __Angelo Desimone__

_____, proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.

Signature __Penny Morris__     (Seal)



PENNY MORRIS
Commission # 2126017
Notary Public - California
San Diego County
My Comm. Expires Oct 1, 2019

Exhibit 2
Page 14

# EXHIBIT 3

Exhibit 3
Page 15

**2017 32510260**



| | Secretary of State | **LLC-5** |
|---|---|---|
| | **Application to Register a Foreign Limited Liability Company (LLC)** | |

**IMPORTANT — Read Instructions before completing this form.**

Must be submitted with a current Certificate of Good Standing issued by the government agency where the LLC was formed. See Instructions.

**Filing Fee – $70.00**

**Copy Fees –** First page $1.00; each attachment page $0.50; Certification Fee - $5.00

*Note:* Registered LLCs in California may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to https://www.ftb.ca.gov.

**FILED**
Secretary of State
State of California

**NOV 13 2017**

This Space For Office Use Only

**1a. LLC Name** (Enter the exact name of the LLC as listed on your attached Certificate of Good Standing.)

MILLION DOLLAR SMILE L.L.C.

**1b. California Alternate Name, If Required** (See Instructions – Only enter an alternate name if the LLC name in 1a not available in California.)

**2. LLC History** (See Instructions – Ensure that the formation date and jurisdiction match the attached Certificate of Good Standing.)

| a. Date LLC was formed in home jurisdiction (MM/DD/YYYY) | b. Jurisdiction (State, foreign country or place where this LLC is formed.) |
|---|---|
| 09 / 14 / 2011 | Nevada |

c. Authority Statement (Do not alter Authority Statement)

This LLC currently has powers and privileges to conduct business in the state, foreign country or place entered in Item 2b.

**3. Business Addresses** (Enter the **complete** business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| a. Street Address of Principal Executive Office - Do not enter a P.O. Box | | | |
| 881 Kuhn Drive | Chula Vista | CA | 91914 |
| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 881 Kuhn Drive | Chula Vista | CA | 91914 |
| c. Mailing Address of Principal Executive Office, if different than item 3a | City (no abbreviations) | State | Zip Code |
| | | | |

**4. Service of Process** (Must provide either Individual **OR** Corporation.)

**INDIVIDUAL –** Complete Items 4a and 4b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | Suffix |
|---|---|---|---|
| Angelo | | DeSimone | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 2002 Marquette Road | Chula Vista | CA | 91913 |

**CORPORATION –** Complete Item 4c only. Only include the name of the registered agent Corporation.

c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b

**5. Read and Sign Below** (See Instructions. Title not required.)

I am authorized to sign on behalf of the foreign LLC.

Signature

Angelo DeSimone

Type or Print Name

LLC-5 (REV 01/2017)

2017 California Secretary of State
www.sos.ca.gov/business/be

**Exhibit 3**
**Page 16**





# CERTIFICATE OF EXISTENCE
# WITH STATUS IN GOOD STANDING

I, Barbara K. Cegavske, the duly elected and qualified Nevada Secretary of State, do hereby certify that I am, by the laws of said State, the custodian of the records relating to filings by corporations, non-profit corporations, corporation soles, limited-liability companies, limited partnerships, limited-liability partnerships and business trusts pursuant to Title 7 of the Nevada Revised Statutes which are either presently in a status of good standing or were in good standing for a time period subsequent of 1976 and am the proper officer to execute this certificate.

I further certify that the records of the Nevada Secretary of State, at the date of this certificate, evidence, **MILLION DOLLAR SMILE L.L.C.**, as a limited liability company duly organized under the laws of Nevada and existing under and by virtue of the laws of the State of Nevada since September 14, 2011, and is in good standing in this state.



IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Great Seal of State, at my office on May 23, 2017.

Barbara K. Cegavske
Secretary of State

Electronic Certificate
Certificate Number: C20170523-2660
You may verify this electronic certificate
online at http://www.nvsos.gov/

201732510260

Exhibit 3
Page 17

# EXHIBIT 4

Exhibit 4
Page 18



US00D636074S

(12) **United States Design Patent**   (10) Patent No.:   **US D636,074 S**

Levine   (45) Date of Patent:   ** **Apr. 12, 2011**

(54) **MOUTHPIECE**

(76) Inventor: Jonathan B. Levine, Purchase, NY (US)

(**) Term: 14 Years

(21) Appl. No.: 29/363,728

(22) Filed: Jun. 14, 2010

(51) LOC (9) Cl. ................................................. 24-01

(52) U.S. Cl. .................... **D24/110.5**; D29/108; D24/181

(58) Field of Classification Search ...... D24/108–110.5,
D24/112–114, 181; 128/200.14–200.23,
128/203.12–203.24; D29/108
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D265,586 S | * | 7/1982 | Sloan | D24/127 |
| D277,605 S | * | 2/1985 | Werrin | D24/181 |
| 5,702,250 A | | 12/1997 | Kipke | |
| D418,918 S | * | 1/2000 | Cunningham | D24/122 |
| D434,501 S | * | 11/2000 | Redhage | D24/181 |
| 6,155,832 A | | 12/2000 | Wiesel | |
| 6,162,055 A | | 12/2000 | Montgomery et al. | |
| 6,343,933 B1 | | 2/2002 | Montgomery et al. | |
| 6,616,451 B1 | | 9/2003 | Rizolu et al. | |
| 6,623,272 B2 | | 9/2003 | Clemans | |
| D488,226 S | * | 4/2004 | MacDonald et al. | D24/122 |
| 6,733,290 B2 | | 5/2004 | West et al. | |
| 6,752,627 B2 | | 6/2004 | Lin | |
| 6,783,363 B2 | | 8/2004 | Eguchi et al. | |
| 6,902,397 B2 | | 6/2005 | Farrell et al. | |
| 7,004,756 B2 | | 2/2006 | Andersen | |
| 7,086,862 B2 | | 8/2006 | Craig | |
| D528,655 S | * | 9/2006 | Clawson | D24/110.5 |
| D529,615 S | * | 10/2006 | Atz | D24/181 |
| 7,144,249 B2 | | 12/2006 | Rizoin et al. | |
| 7,160,111 B2 | | 1/2007 | Baughman | |
| 7,223,270 B2 | | 5/2007 | Altshuler et al. | |
| 7,250,155 B2 | | 7/2007 | Yamaguchi et al. | |
| D554,259 S | * | 10/2007 | Diacopoulos et al. | D24/181 |
| D594,125 S | * | 6/2009 | Lesniak | D24/181 |
| D603,101 S | * | 10/2009 | Hirshberg | D29/108 |

| | | | | |
|---|---|---|---|---|
| D618,399 S | * | 6/2010 | Manzo | D29/108 |
| D618,806 S | * | 6/2010 | Gelb | D24/181 |
| D627,378 S | * | 11/2010 | Bruns | D24/122 |
| 2004/0193236 A1 | | 9/2004 | Altshuler et al. | |
| 2005/0053898 A1 | | 3/2005 | Ghosh et al. | |
| 2005/0064370 A1 | | 3/2005 | Duret | |
| 2005/0074717 A1 | | 4/2005 | Cleary et al. | |
| 2005/0158687 A1 | | 7/2005 | Dahm | |
| 2005/0172429 A1 | | 8/2005 | Russell et al. | |
| 2005/0202363 A1 | | 9/2005 | Osterwalder | |
| 2005/0231983 A1 | | 10/2005 | Dahm | |

(Continued)

OTHER PUBLICATIONS

http://www.exit15.com/briteteeth-laser-light-home-teeth-whitening
"Sunshine Smiles Brite-Teeth Laser Light Home Teeth Whitening" p.
760 Nov. 15, 2007.

(Continued)

*Primary Examiner* — Ian Simmons
*Assistant Examiner* — Charles D Hanson
(74) *Attorney, Agent, or Firm* — Michael A. Adler; Davidoff
Malito & Hutcher, LLP

(57) **CLAIM**

The ornamental design for a mouthpiece, as shown and
described.

**DESCRIPTION**

FIG. 1 is a front, right perspective of a mouthpiece showing
my new invention;
FIG. 2 is a rear, left side perspective view thereof.
FIG. 3 is a front view thereof.
FIG. 4 is a top view thereof.
FIG. 5 is a right side view thereof, the left side view being a
mirror image.
FIG. 6 is a rear view thereof; and,
FIG. 7 is a bottom view thereof.
The broken lines form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**



Exhibit 4
Page 19

**US D636,074 S**

Page 2

| U.S. PATENT DOCUMENTS | | |
|---|---|---|
| 2006/0019214 A1 | 1/2006 | Lawrence et al. |
| 2006/0141422 A1 | 6/2006 | Philp, Jr. et al. |
| 2006/0194164 A1 | 8/2006 | Altshuler et al. |
| 2006/0257822 A1 | 11/2006 | Ghosh et al. |
| 2007/0003905 A1 | 1/2007 | Nguyen et al. |
| 2007/0015112 A1 | 1/2007 | Hochman et al. |
| 2007/0020584 A1 | 1/2007 | Madray |
| 2008/0044796 A1 | 2/2008 | Hsu |

OTHER PUBLICATIONS

http://www.perfectlywhite.com/ "Welcome to Perfectly White.com (online since 2004)".

Smile Teeth Whitening Systems, 2005-2006 http://www.smileteeethwhitening.com/asupplies.html.

* cited by examiner

Exhibit 4

Page 20



FIG. 1

FIG. 2

FIG. 3

Exhibit 4
Page 21



FIG. 4



FIG. 5

Exhibit 4
Page 22



FIG. 6



FIG. 7

Exhibit 4
Page 23

# EXHIBIT 5

Exhibit 5
Page 24



US00D765255S

(12) **United States Design Patent**     (10) Patent No.:      **US D765,255 S**
Levine                                    (45) Date of Patent:   ** *Aug. 30, 2016

(54) **MOUTHPIECE**

(71) Applicant: Jonathan B. Levine, Purchase, NY (US)

(72) Inventor: Jonathan B. Levine, Purchase, NY (US)

(73) Assignee: JBL Radical Innovations, LLC

( * ) Notice: This patent is subject to a terminal disclaimer.

(**) Term: **14 Years**

(21) Appl. No.: **29/492,179**

(22) Filed: **May 29, 2014**

(51) LOC (10) Cl. ............................................. **24-02**

(52) U.S. Cl.
USPC ................................................ **D24/181**

(58) Field of Classification Search
USPC ................... D24/180–182, 176; D29/108;
433/18–19, 140, 141, 168.1, 215;
128/848, 859, 861–862; 602/902
CPC ...... A61C 9/0006;  A61C 13/20;  A61C 7/36;
A61C 7/08;  A61C 7/00;  A61C 7/06;  A61C
17/0202;  A61C 19/063;  A61C 19/066;
A61M 16/0488;  A61F 5/566
See application file for complete search history.

(56)                    References Cited

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 2,822,612 A * | 2/1958 | Strickler | D24/180 |
| 5,277,203 A * | 1/1994 | Hays | 128/861 |
| 6,895,970 B1 * | 5/2005 | Lawrence et al. | 128/848 |
| 7,530,355 B2 * | 5/2009 | Berghash | 128/861 |
| D636,074 S * | 4/2011 | Levine | D24/181 |
| 8,371,853 B2 * | 2/2013 | Levine | 433/215 |

* cited by examiner

*Primary Examiner* — Wan Laymon
(74) *Attorney, Agent, or Firm* — H. Jay Spiegel

(57)               **CLAIM**
The ornamental design for a mouthpiece, as shown and described.

**DESCRIPTION**

FIG. 1 is a perspective view of a mouthpiece showing my design;
FIG. 2 is a further perspective view thereof;
FIG. 3 is yet further perspective view thereof;
FIG. 4 is a rear view thereof;
FIG. 5 is a top view thereof; and,
FIG. 6 is a bottom view thereof.
Portions of the mouthpiece in FIGS. 1–6 depicted in broken lines do not form a part of the claimed design.

1 Claim, 2 Drawing Sheets





**Exhibit 5**
**Page 25**

**U.S. Patent**          Aug. 30, 2016          Sheet 1 of 2          US D765,255 S

FIG. 1



FIG. 2



FIG. 3



Exhibit 5
Page 26

**U.S. Patent**     Aug. 30, 2016     Sheet 2 of 2     US D765,255 S

FIG. 4





FIG.5



FIG. 6

**Exhibit 5**
**Page 27**

# EXHIBIT 6

Exhibit 6
Page 28

Log in  or  Create account

Cart



TRUE COMPANY

A Beauty Company

Cart



Advanced Plus 3

$ 29.00

Quantity

1

Add to Cart

HOME       CONSUMER       REDEEM       PRODUCTS       REPLACEMENT       CONTACT US       FAQ       WARRANTY       MIRAI

**Exhibit 6**
**Page 29**

This system features a Pre, During and Post Whitening process for the best whitening experience you have ever had guaranteed! Best of all just use the Advanced Plus 3 a couple times a week for just 24 minutes and start seeing results after the first treatment! Have a reason to start smiling again with the new Advanced Plus 3!

Benefits:

- Patented 3 Step Technology
- Enough for 20-25 Treatments
- Same Strength as In-Office Dental Whitening
- Refills available

Features:

- Innovative LED Mouth Piece
- Beautiful Packaging
- Most Innovative Whitening System of 2016

STATEMENTS ON THIS SITE HAVE NOT BEEN EVALUATED BY THE FDA.
PRODUCTS LISTED ARE NOT INTENDED TO DIAGNOSE, TREAT, CURE, OR
PREVENT ANY DISEASE.

Copyright © 2017, True Company. ALL RIGHTS RESERVED.

# EXHIBIT 7

Exhibit 7
Page 31





Exhibit 7
Page 33



# EXHIBIT 8

Exhibit 8
Page 35

Exhibit 8
Page 36

# EXHIBIT 9

Exhibit 9
Page 37



Exhibit 9
Page 38



Exhibit 9
Page 39



Exhibit 9
Page 40